

**BARRON & NEWBURGER, PC**

**TIMOTHY P. JOHNSON**
Licensed in California

Tel. (714) 832-1170 | E-Mail: tjohnson@bn-lawyers.com

February 5, 2016

Honorable Joseph C. Spero
UNITED STATES DISTRICT COURT
450 Golden Gate Avenue, Courtroom G
San Francisco, CA 94102

    RE:    Salinas v. Pinnacle
            15-cv-05183 JCS
            Case Management Conference—February 12, 2016

Dear Judge Spero:

    I represent Defendant Pinnacle Credit Services, LLC and I am requesting permission to attend the Case Management Conference in this matter that is scheduled for Friday, February 12, 2016 at 2:00 p.m by telephone. Counsel for Plaintiff has also submitted a motion requesting permission to appear at that hearing telephonically. Counsel for Plaintiff and I have met and conferred regarding the telephonic appearances and counsel for Plaintiff has graciously agreed to make a conference line available for the hearing. The telephone number for the conference line is 712-432-1500 and the access code is 749689#. Counsel for Plaintiff and I will be on that conference line at the time scheduled for the hearing and will remain on the line until the hearing is concluded.

    Thank you.

Very truly yours,

Dated: 2/8/16

BARRON & NEWBURGER, P.C.

Timothy P. Johnson

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1970 Old Tustin Ave 2nd Floor | Santa Ana, CA, 92705 |
www.bn-lawyers.com